IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| RAZVAN BAICU, | * |
| Petitioner, | * |
| v. | * |
|  | *   Civil No. 26-202-BAH |
| NIKITA BAKER ET AL., | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Petition for Writ of Habeas Corpus, ECF 1 (the "Petition"), and responses to the Court's letter orders filed by the parties, ECFs 6, 7, and 9, and the entire record in this case, good cause having been shown, it is hereby,

**ORDERED**, that the Petition is **DISMISSED** as to U.S. Attorney General Pamela Bondi, and it is further

**ORDERED**, that the Petition is **GRANTED** in part, insofar as the Court finds that Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Respondents are ENJOINED from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d);

3. A bond hearing shall be held within 14 days of the Petitioner's filing of a motion with the Immigration Court;

4. The bond hearing must be conducted by an Immigration Judge with jurisdiction or administrative control over Petitioner's detention and removal proceedings, and the hearing must comply with in all respects with the regulations at 8 C.F.R. §§ 236.1(d), 1003.19, 1236.1(d) and any attendant process available pursuant to these provisions;

5. This order does not require Respondents to transfer or transport Petitioner to Maryland prior to a bond hearing, so that Petitioner may secure a bond hearing as quickly as possible;

6. If bond is granted and Petitioner is released, nothing in this order precludes ICE from imposing reasonable conditions of release;

7. If Petitioner is not provided with a bond hearing before an immigration judge within 14 days of his filing a motion with the Immigration Court, Respondents shall release Petitioner from custody with reasonable conditions, which may include the requirement that Petitioner appear for a bond hearing at an Immigration Court in Maryland;

8. The parties shall provide this Court with a Status Report within 20 days of this order;

9. Petitioner's request for attorney's fees and costs is denied; and it is further

**ORDERED**, that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this order.

Dated: <u>January 23, 2026</u>                             <u>        /s/          </u>
                                                                    Brendan A. Hurson
                                                                    United States District Judge